# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KATHLEEN M. RICCARDI                                  Case No. 15-24529JAD

                    Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

              Movant                                  Document No __
         vs.
CITIFINANCIAL SERVICING LLC++

         Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor's mail has been returned by the Postal Service as undeliverable. The trustee's office was informed that the loan may have been transferred to another entity. No transfer of claim has been filed. No change of address has been received.

CITIFINANCIAL SERVICING LLC++              Court claim# 2/Trustee CID# 3
PO BOX 70919
CHARLOTTE, NC 28272-0919

The Movant further certifies that on 12/15/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                           /s/ Ronda J. Winnecour
                                           RONDA J WINNECOUR PA ID #30399
                                           CHAPTER 13 TRUSTEE WD PA
                                           600 GRANT STREET
cc: debtor(s)                              SUITE 3250 US STEEL TWR
    original creditor                      PITTSBURGH, PA  15219
    putative creditor                      (412) 471-5566
    counsel for debtor(s)                  cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
KATHLEEN M. RICCARDI, 123 FREDA STREET, PITTSBURGH, PA  15235

:
CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 6043, SIOUX FALLS, SD  57117-6043

ORIGINAL CREDITOR'S COUNSEL:
CHAPTER 13 BANKRUPTCY NOTICING, 6400 LAS COLINAS BLVD, IRVING, TX  75039

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH M STEINBERG ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
CITIFINANCIAL SERVICING LLC++, PO BOX 70919, CHARLOTTE, NC  28272-0919